**STATE of Missouri, Respondent,**

v.

**Jessuan Lamar COWANS, Appellant.**

**WD 77062**

Missouri Court of Appeals,
Western District.

ORDER FILED: February 10, 2015

Gabriel Etter Harris, Jefferson City, MO, Counsel for Respondent

Margaret Mueller Johnston, Columbia, MO, Counsel for Appellant

Before Division Two: Anthony Rex Gabbert, P.J., Joseph M. Ellis, Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Jessuan Lamar Cowans appeals the circuit court's judgment convicting him of first-degree burglary, second-degree domestic assault, and attempted victim tampering. We affirm. Rule 30.25(b).